Foster v Snow (2023 NY Slip Op 05537)

Foster v Snow

2023 NY Slip Op 05537

Decided on November 02, 2023

Appellate Division, First Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided and Entered: November 02, 2023

Before: Oing, J.P., Moulton, González, Shulman, Rodriguez, JJ. 

Index No. 801288/21E Appeal No. 968 Case No. 2023-01236 

[*1]Cordia Foster et al., Plaintiffs-Respondents,
v
Ian K. Snow et al., Defendants-Appellants.

Mantel McDonough Riso, LLP, New York (Gerard A. Riso of counsel), for appellants.
Law Offices of Scott A. Lucas, Harrison (Scott A. Lucas of counsel), for respondents.

Order, Supreme Court, Bronx County (Julia I. Rodriguez, J.), entered February 22, 2023, which denied defendants' motion to compel plaintiffs to produce documents and interrogatory responses related to their prior and subsequent employment, unanimously affirmed, with costs.
The court providently exercised its discretion in denying defendants' motion to compel plaintiffs to produce the requested documents and interrogatory responses related to plaintiffs' compensation by their previous and subsequent employers (see 148 Magnolia, LLC v Merrimack Mut. Fire Ins. Co., 62 AD3d 486, 487 [1st Dept 2009]). Defendants failed to show that this discovery was relevant and necessary to their defense of plaintiffs' claims that they failed to pay plaintiffs overtime wages in violation of the New York Labor Law (see Molina v Two Bros. Scrap Metal, Inc., 189 AD3d 1026, 1028 [2d Dept 2020]; Rosas v Alice's Tea Cup, LLC, 127 F Supp 3d 4, 11 [SD NY 2015]; cf. Currid v Valea, 184 AD3d 511 [1st Dept 2020]).
THIS CONSTITUTES THE DECISION AND ORDER OF THE SUPREME COURT, APPELLATE DIVISION, FIRST DEPARTMENT.
ENTERED: November 2, 2023